IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VICTOR CLAYE BARNES, <br> AIS # 00313583, <br><br> Petitioner, <br><br> vs. <br><br> CHRISTOPHER GORDY, *et al.*, <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> )  CIV. ACT. NO. 1:21-cv-0361-TFM-N <br> ) <br> ) <br> ) <br> ) |

## JUDGEMENT

In accordance with the Memorandum Opinion and Order entered this same date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Victor Claye Barnes' 28 U.S.C. § 2254 petition is **DISMISSED without prejudice** for failure to prosecute. Further the Court determines that Petitioner is not entitled to a Certificate of Appealability and, therefore, is not entitled to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 27th day of January, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE